**FILE COPY**



**Court of Appeals**

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

April 13, 2016

Eric Coats
Attorney at Law
1716 S. Polk
Amarillo, TX 79102
* DELIVERED VIA E-MAIL *

Kristy Wright
Asst. Criminal District Attorney
2309 Russell Long Blvd., Suite 120
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

**RE:** Case Numbers:  07-15-00246-CR, 07-15-00286-CR
Trial Court Case Number: 17,917-A

**Style:** Ricky Dan Allee v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:    Honorable Dan L. Schaap (DELIVERED VIA E-MAIL)
Jo Carter (DELIVERED VIA E-MAIL)